# First Court of Appeals

Joe Payton Lee,

Appellant

versus

Rita Lemons,

Appellee

FILED IN
1ST COURT OF APPEALS
HOUSTON, TEXAS

AUG 17 2015

CHRISTOPHER A. PRINE

CLERK _____

Case# 01-15-00208-CV

---

### Motion Regarding Violation of Texas Rules of Appellate Procedure - Rule 9.4 (a) Service of All Documents Required (Proof of Service)

Comes now, Joe Payton Lee, as pro se litigant, and herein referred to as appellant, informing this Honorable Court that Appellee, Rita Lemons, did not serve a copy of her reply to the appellant's motion, upon appellant, which is a violation of Texas Rules of Appellate Procedure - Rule 9.4 (a), a due process violation.. Rule 9.4 (a) states that at or before the time of the document's filing, the filing party must serve a copy on all parties to the proceeding. Service on a party represented by counseel must be made on the party's lead counsel. Except original proceedings, a party need not serve a copy of the record. Again, appellee failed to follow this Court's very explicit rule, which violates the appellant's due process rights.

x _____  8/9/15

Joe Payton Lee, Appellant
3633 DuBois
Houston, Texas 77051

## Certificate of Service

A true copy of this motion was forwarded to the following via Postal Service Return Receipt Requested:

Rita Lemons
16215 Diamond Ridge
Houston, Texas 77053
Appellee

Joe Payton Lee
3633 DuBois st
Houston TX 77051

MAIL RECEIVED

NORTH HOUSTON TX 773
13 AUG 2015 PM 9 L

RECEIVED
FIRST COURT OF APPEALS
HOUSTON, TEXAS

AUG 17 2015

CHRISTOPHER A. PRINE
CLERK

First court of Appeals
301 Faxxin street

USA · FOREVER